JAMES S. TERRELL, (SBN 170409)
Law Office of James S. Terrell
15411 Anacapa Road
Victorville, CA 92392
Tel.760-951-5850Fax.760-952-1085
E-mail: jim@talktoterrell.com

SHARON J. BRUNNER, (SBN: 229931)
Law Office of Sharon J. Brunner
14393 Park Avenue, Suite 100
Victorville, CA 92392
E-mail: sharonjbrunner@yahoo.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW JOHN POLSON

Plaintiff,

vs.

COUNTY OF SAN BERNARDINO, DEPUTY J. ATTLESEY, and DOES 1-10, INCLUSIVE

Defendants.

**Case No. 5:24-cv-00161**

**COMPLAINT FOR DAMAGES**

1. Excessive Force- Fourth Amendment(42 USC §1983)
2. Failure to Intervene (42 USC §1983)
3. Battery
4. Violation of Bane Act (Cal. Govt. Code 52.1)
5. Intentional Infliction Of Emotional Distress
6. Negligence

**DEMAND FOR JURY TRIAL**

Plaintiff, by and through his attorneys, the LAW OFFICE OF JAMES S. TERRELL, the LAW OFFICE OF SHARON J. BRUNNER, for his Complaint against Defendants, County of San Bernardino, Deputy J. Attlesey, and DOES 1-10, states the following:

## JURISDICTION & VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1341, and 1343 because it is being brought to obtain compensatory and punitive damages for the deprivation, under color of state law, of the rights of citizens of the United States that are secured by the United States Constitution, pursuant to 42 U.S.C. §§ 1983 and 1988. This action is brought pursuant to the Fourth and Fourteenth Amendments to the United States Constitution and the laws and Constitution of the State of California.

2. Plaintiff further invokes this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), to hear and decide claims arising under state law.

3. Venue is proper, pursuant to 28 U.S.C. § 1391(e)(2), because the events giving rise to Plaintiff's claims occurred in this judicial district and divisional venue lies in the Eastern District of the U.S. District Court for the Central District of California because the events giving rise to Plaintiff's claims occurred in San Bernardino, California.

4. Plaintiff filed a timely claim under Governmental Code Section 911.2 et al and brings pendant actions under state law.

## INTRODUCTION

5. This civil rights action seeks compensatory and punitive damages from Defendants for violating various rights under the United States Constitution in

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

connection with the excessive force on Plaintiff's Polson on August 28, 2022. The Plaintiff seeks no punitive damages from the County of San Bernardino.

## PARTIES

6.  Plaintiff Matthew John Polson, (hereinafter referred to as POLSON) was, at all times herein mentioned a citizen of the United States of America and a resident of San Bernardino County over the age of 18.

7.  Defendant Deputy J. Attlesey (hereinafter referred to as ATTLESEY) was, at all times herein mentioned, employed by the San Bernardino Sheriff's department employed as a sworn officer and is at all times acting under color of authority, for the County of San Bernardino Sheriff's Department as that term is understood in 42 U.S.C. Section 1983 litigation.  Defendant Deputy J. ATTLESEY is being sued in his individual capacity.

8.  Defendant County of San Bernardino (hereinafter COUNTY) was, at all times mentioned herein, a political subdivision for the State of California.

9.  The individual defendants were and are employed by the County of San Bernardino as deputy sheriffs, or supervisors and assigned to the San Bernardino Sheriff's department.

10.  Each of the acts or omissions alleged herein was under color of state law.

11.  At all times alleged herein Defendant County of San Bernardino had duty to control the manner in which the deputy defendants carried their duties and to ensure

that their treatment of the Plaintiff and others similarly situated were done in conformity with the United States Constitution, the California Constitution, the laws of the United States, the laws of the State of California.

12. The unknown named defendants, identified herein as DOES 1 through 10, defendants herein, resulting in the deprivation of Plaintiff's civil rights and injuries to their person, as is described below.

13. Said DOE Defendants additionally include unknown employees of the County of San Bernardino and the San Bernardino Sheriff Department who were supervisors who created, fostered, acquiesced, ratified and/or maintained the policies, customs and/or practices that caused the deprivation of Plaintiff's Constitutional rights and his injuries.

14. It is believed Does 1-10 at all relevant times, lived in San Bernardino County.

15. Plaintiff is ignorant of the true names and capacities of these DOE Defendants, though all are believed to have been employed by Defendant County of San Bernardino, or Defendant San Bernardino Sheriff Department or acting in concert with Defendants and in the capacity of state actors, but allege that each such Defendant was in some manner responsible for their injuries due to their own conduct which were either intentional done or done with reckless indifference to the rights of the Plaintiff.

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

16. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated as a DOE is intentionally responsible in some manner for the events and happenings herein referred to, and thereby caused injuries and damages as herein alleged. The true names and capacities of DOES 1 through 10, inclusive, and each of them, are not now known to Plaintiff who therefore sues said Defendants by such fictitious names and will be added to this action when discovered.

17. Defendants, and each of them, did the acts and omissions hereinafter alleged in bad faith and with knowledge that their conduct violated well established and settled law.

18. Defendants, and each of them, did the acts and omissions alleged herein in done intentionally or with reckless indifference to the rights of the Plaintiff and in violation of clearly established law.

19. Each of the individual Defendants are being sued in their individual capacity as well as their official capacity.

20. This Court has jurisdiction over this action by virtue of 28 U.S.C. Section 1331, e.g. "federal question."

## GENERAL ALLEGATIONS

21. On August 28, 2022, PLAINTIFF POLSON was operating a motor vehicle in the County of San Bernardino, California. Deputy Sheriff J. ATTLESEY attempted a traffic stop on POLSON who failed to yield.

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

22. POLSON did not pull over and collided with a parked vehicle. POLSON evaded the police and ran away on foot. A foot pursuit followed, and POLSON surrendered and was laying down in a prone position with several Deputies directly behind him.

23. Several Deputies successfully gave chase and captured POLSON who was on the ground in a prone position. Rather than applying handcuffs and arresting the Plaintiff, the unknown officers (DOES 1-10) and J. ATTLESEY beat him severely. At no time did any Deputy Intervene and protect POLSON who was being intentionally being beat and injured by the San Bernardino Deputies who were in uniform and acting under color of state law.

24. Deputy J.ATTLESEY and DOES 1-10, struck the helpless and prone suspect with flashlights, taser guns, fists, and knees, acting savagely. The event was captured by a door camera.

25. The excessive and unnecessary brutal beating has caused psychological and physical injuries to the Plaintiff POLSON. The injuries are serious and lifelong.

**FIRST CAUSE OF ACTION**
**(Fourth Amendment – Excessive Force under 42 USC § 1983)**
**(By Plaintiff Defendant J. ATTLESEY and DOES 1-10)**

26. Plaintiff refers to and re-pleads each and every allegation contained in paragraphs 1 through 25 of this complaint, and by this reference incorporates the same herein and make each a part hereof.

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

27. When Plaintiff POLSON was on the ground and attempting to comply with DOES 1-10, the DOE officers did not behave like reasonable police officers, instead the DOE officers beat, struck tased and delivered harmful strikes to the head, neck and body of the Plaintiff. One DOE Deputy struck the Plaintiff in his head with a knee approximately twenty times.

28. Defendant DOES 1-10, issued no lawful warnings and/or instructions. In addition the attempts to issue orders were incoherent. At no time did any supervisor or senior deputy take control, top or attempt to deesculate or intervene in stopping this unlawful conduct.

29. DOES 1-10, were creating false evidence by chanting, "STOP RESISTING!" This creation of false evidence is the trademark of the San Bernardino Sheriff Department that has not had body cams for several years.

30. The force that was used was excessive and not necessary. Many of the blows, strikes and harmful tactics were directed at areas of the body to be avoided as they cause severe injury. A reasonable police officer would not strike or hit a subject who was prone on the ground and surrendering. DOES 1-5, struck Plaintiff PARSON in the head with a taser gun, flashlight, fist and knees, all directed at the head and neck of the prone Plaintiff.

31. Furthermore, Plaintiff had surrendered and was attempting to be compliant. Therefore, Defendants' DOES 1-10, touching and use of any force, even control holds

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

were excessive force that violated both his training and Plaintiff's constitutional rights under the Fourth Amendment.

32. As a result of their misconduct, Defendants are liable for Plaintiff's injuries.

33. WHEREFORE, Plaintiff pray for relief as hereinafter set forth.

**SECOND CAUSE OF ACTION**

**(FAILURE TO INTERVENE – 42 USC 1983**

**(By Plaintiff Against Defendant J. ATTLESEY AND DOES 1-10)**

34. Plaintiff refers to and re-pleads each and every allegation contained in paragraphs 1 through 33 of this complaint, and by this reference incorporates the same herein and make each a part hereof.

35. Defendants J ATTLESEY, and DOES 1-10 while working as employees for the Defendant County of San Bernardino, and acting within the course and scope of their duties, intentionally **used excessive force** repeatedly on Plaintiff without a lawful basis by threatening force, striking the head and neck area with impact weapons, and then continually striking Plaintiff with hard impact weapons.

36. The unlawful conduct was under color of state law and the conduct deprived the Plaintiff of a constitutional right prohibiting citizens to be beaten under the Fourth Amendment.

37. DOES 1-10, including supervisors and senior law enforcement officials who were present at the scene at the time of the beating and who witnessed the beatings and took no action to stop the constitutional violations.

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

38. As a result of the actions, of the Defendants, Plaintiff suffered injury. Defendant and Does did not have legal justification or using force against Plaintiff, and Defendants' use of force while carrying out his duties was an unreasonable use of force.

39. As a direct and proximate result of Defendants' violations including excessive force and Failure to Intervene, Plaintiff sustained injury and damages, and are entitled to relief as set forth above.

40. As a direct result of the foregoing, Plaintiff have been damaged as recited above and demands and is entitled to the damages recited in First Cause of Action, including, but limited to, general and punitive damages (except to as to County of San Bernardino), and attorney's fees.

**THIRD CAUSE OF ACTION**

**(Battery)**

**(By Plaintiff Against Defendants COUNTY, J. ATTLESEY, and DOES 1-10)**

41. Plaintiff hereby re-allege and incorporates by reference each and every paragraph of this Complaint.

42. Defendants, while working as employees for Defendant County of San Bernardino Sheriff's Department and acting within the course and scope of their duties, intentionally hit and struck Plaintiff without lawful basis by beating, striking

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

the head, neck with impact weapons and then continually seizing, touching, and pulling on Plaintiff. Defendants offensively touched Plaintiff without consent.

43. As a result of the actions of the Defendants, Plaintiff suffered injury. Defendant J. ATTLESEY and DOES 1-10 did not have a legal justification for using force against Plaintiff and Defendants' use of force while carrying out his duties was an unreasonable use of force.

44. Defendant COUNTY is vicarious liable, pursuant to California Government Code § 815.2(a), for the violation of rights by its employees and agents.

45. As a direct and proximate result of Defendants' battery of Plaintiff, Plaintiff sustained injury and damages, and is entitled to relief as set forth above.

46. WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

**FOURTH CAUSE OF ACTION**
**BANE ACT**
**VIOLATION OF CIVIL CODE §52.1(b)**
**(By Plaintiff Against J. ATTLESEY and DOES 1-10)**

47. Plaintiff re-allege and incorporates by reference the allegations contained in paragraphs 1 through 46 above, as though fully set forth herein.

48. By the actions and omissions described above Defendants, DOES 1-10 and Defendant J. ATTLESEY violated and/or interfered with Plaintiff's state and/or federal rights through threats, and/or intimidation, and/or coercion, thereby entitling Plaintiff to sue for damages under California Civil Code § 52.1, subdivision (b).

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

49. The violations included depriving Plaintiff of the following well-settled constitutional rights that are secured by the U.S. Constitution, the California Constitution, and California law: The right to protection from bodily restraint, harm, or personal insult, as secured by California Civil Code § 43.

50. Defendant COUNTY is liable under California Government Code § 815.2(a) for the Civil Code § 52.1(b) violations, committed within the course and scope of the named Defendants' employment.

51. As a proximate result of the foregoing wrongful acts, Plaintiff sustained injuries and damages, as set forth above. Plaintiff is, therefore, entitled to general and compensatory damages in an amount to be proven at trial.

52. In committing the acts alleged above, Defendants acted maliciously and/or were guilty of a wanton and reckless disregard for the rights, safety, and emotional well-being of Plaintiff, and by reason thereof, Plaintiff is entitled to exemplary and punitive damages (not County) in an amount to be determined.

## FIFTH CAUSE OF ACTION
## INTENTION INFLICTION OF EMOTIONAL DISTRESS
## (By Plaintiff Against COUNTY, J. ATTLESEY and DOES 1-10)

53. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 52 above, as though fully set forth herein.

54. Defendants intentionally performed acts that resulted in the infliction of emotional distress upon Plaintiff. The Defendants' malicious intentional acts and

tortious conduct resulted in Plaintiff suffering severe emotional distress with physical manifestations, thereby entitling Plaintiff to damages pursuant to California law.

55. Defendant COUNTY is liable under California Government Code § 815.2(a) for the intentional infliction of emotional distress, committed within the course and scope of the named Defendants' employment.

56. As a proximate result of the foregoing wrongful acts, Plaintiff sustained injuries and damages, as set forth above.

Plaintiff is, therefore, entitled to general and compensatory damages in an amount to be proven at trial, as well as punitive damages against Defendants in their individual capacities. No punitive damages are sought against the COUNTY.

**SIXTH CAUSE OF ACTION**
**NEGLIGENCE**
**(By Plaintiff Against COUNTY and All Individual Defendants)**

57. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 56 above, as though fully set forth herein.

58. At all times, each Defendant owed Plaintiff the duty to act with due care in the execution and enforcement of any right, law, or legal obligation and each Defendant owed Plaintiff the duty to act with reasonable care.

59. These general duties of reasonable care and due care owed to Plaintiff by all Defendants included, but were not limited to, the following specific obligations:

a. To refrain from using excessive force;

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

b. To refrain from using force that causes severe injury;

c. To refrain from intentionally striking a suspects head, neck and vital areas; Plaintiff's rights under Article I, § 13 of the California Constitution;

d. To refrain from wrongfully seizing Plaintiff;

e. To refrain from abusing the authority granted to Defendants by law;

f. To refrain from violating Plaintiff's rights, which are guaranteed by the United States and California Constitutions, as set forth above, and as otherwise protected by law.

60. Defendants acted negligently and breached their duty of due care owed to Plaintiff, which foreseeably resulted in the suffering of damages by Plaintiff.

61. Defendant COUNTY liable under California Government Code § 815.2(a) for the negligence, committed within the course and scope of the named Defendants' employment.

62. As a proximate result of Defendants' negligence, Plaintiff sustained injuries and damages, as set forth below.

Plaintiff is, therefore, entitled to general and compensatory damages in an amount to be proven at trial.

**DAMAGES**

63. As a consequence of Defendants' violations of Plaintiff's federal civil rights under 42 USC § 1983 and the Fourth Amendment, Plaintiff is physically, mentally,

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

emotionally, and financially injured and damaged as a proximate result of Defendants' wrongful conduct.

64. Plaintiff found it necessary to engage the services of private counsel to vindicate their rights under the law. Plaintiff is entitled to an ward of attorneys' fees and/or costs pursuant to statute(s) in the event that they are prevailing parties in the action under 42 USC § 1983 and 1988. Plaintiff is entitled to punitive damages under 42 USC § 1983 and 1988.

65. The tortious and constitutionally violative conduct of Defendants proximately caused Plaintiff to suffer severe physical and emotional distress. Defendants' conduct was so outrageous and frightening to Plaintiff as the above-described violations and was overcome with fear and anxiety for several days; Plaintiff were unable to eat and was extremely upset. For a significant period of time, Plaintiff were unable to sleep.

**PRAYER**

WHEREFORE, Plaintiff prays judgment against Defendants and each of them, as follows:

AS TO EACH CAUSE OF ACTION AS APPLICABLE

1. For General damages; according to proof;
2. For Special damages according to proof;
3. For Punitive damages as provided by law, in an amount to be provided against each individual Defendant;
4. For attorney's fees; pursuant to 42 USC 1988;
5. For Costs of suit;

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

6. For such other and further relief as the Court may deem proper.

Dated: 1/24/2024

/s/James Terrell
James S. Terrell
Attorney for Plaintiff

Dated: 1/24/2024

/s/Sharon J. Brunner
Sharon J. Brunner
Attorney for Plaintiff

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com

**JURY DEMAND**

PLAINTIFF hereby demands a trial by jury.

Dated: 1/24/2024

_____________/s/James Terrell_
James S. Terrell
Attorney for Plaintiff

Dated: 1/24/2024

__________/s/Sharon J. Brunner_
Sharon J. Brunner
Attorney for Plaintiff

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850 talktoterrell.com